UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                   :

UNITED STATES OF AMERICA,           :


          -v-               :

NASHAWN WELLS,             :
SHAMAR DUDLEY, and       :
ALEX STROMAN            :

                       Defendants.  X
------------------------------------------------------------

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:___1/6/2023___ |

1:23-cr-007-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

     A proceeding is scheduled in this matter on January 9, 2023, at 2:00 p.m. in Courtroom 12C,

Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Dated: January 6, 2023
      New York, New York

_____
GREGORY H. WOODS
United States District Judge