UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                 :
UNITED STATES OF AMERICA,          :
                 :
                 :
           -v-              :       1:23-cr-007-GHW
                 :
NASHAWN WELLS,                :           ORDER
SHAMAR DUDLEY, and           :
ALEX STROMAN                 :
                 :
             Defendants. :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/2023

GREGORY H. WOODS, United States District Judge:

       The status conference scheduled in this matter for June 1, 2023, will instead take place on May 25, 2023, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: April 24, 2023
         New York, New York

                                                  _____
                                                        GREGORY H. WOODS
                                                United States District Judge