| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>    UNITED STATES OF AMERICA,<br><br>                  -v-<br><br>    NASHAWN WELLS,<br>                              Defendant.<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: _7/10/2023_<br><br>1:23-cr-007-GHW-1<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

    A proceeding is scheduled with respect to defendant Nashawn Wells on July 13, 2023, at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: July 10, 2023
        New York, New York

                                                                         GREGORY H. WOODS
                                                        United States District Judge