UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2024
```

-------------------------------------------------------- X

UNITED STATES OF AMERICA,          :
                                   :
              -against-            :
                                   :
NASHAWN WELLS,                     :              1:23-cr-7-GHW-1
                                   :
                   Defendant.      :              ORDER
-------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On June 11, 2024, the Court received a letter from Nashawn Wells requesting a copy of his sentencing transcript and his plea agreement. Dkt. No. 104. The Court did not retain an executed copy of the defendant's plea agreement. The defendant's counsel, Mr. Montgomery, may be able to respond separately to this request.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Mr. Wells.

SO ORDERED.

Dated: June 14, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge